# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**686**

**KA 12-00764**

PRESENT: SCUDDER, P.J., CARNI, SCONIERS, VALENTINO, AND WHALEN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                                                    ORDER

JASON L. WRIGHT, ALSO KNOWN AS EIGHT-BALL,
DEFENDANT-APPELLANT.
(APPEAL NO. 1.)

---

THE ABBATOY LAW FIRM, PLLC, ROCHESTER (DAVID M. ABBATOY, JR., OF
COUNSEL), FOR DEFENDANT-APPELLANT.

SANDRA DOORLEY, DISTRICT ATTORNEY, ROCHESTER (GEOFFREY KAEUPER OF
COUNSEL), FOR RESPONDENT.

-----------------------------------------------------------------------------------------------------

Appeal from a judgment of the Supreme Court, Monroe County
(Francis A. Affronti, J.), rendered January 24, 2012.  The judgment
convicted defendant, upon his plea of guilty, of robbery in the first
degree.

It is hereby ORDERED that the judgment so appealed from is
unanimously affirmed.

Entered:  June 12, 2015                          Frances E. Cafarell
                                                 Clerk of the Court